# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1113**

**September Term, 2025**

**EPA-91FR11802**

**Filed On: May 12, 2026** [2172913]

Ironbound Community Corporation, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

## O R D E R

The petition for review in this case was filed and docketed on May 11, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 11, 2026 |
| Docketing Statement Form | June 11, 2026 |
| Procedural Motions, if any | June 11, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 11, 2026 |
| Statement of Issues to be Raised | June 11, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | June 11, 2026 |
| Dispositive Motions, if any | June 26, 2026 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by

**No. 26-1113**                              **September Term, 2025**

the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | June 11, 2026 |
| Procedural Motions, if any | June 11, 2026 |
| Certified Index to the Record | June 26, 2026 |
| Dispositive Motions, if any | June 26, 2026 |

It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

     The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

           BY:   /s/
                         Elbert B.J. Lestrade
                         Deputy Clerk

The following forms and notices are available on the Court's website:

     Agency Docketing Statement Form
     Entry of Appearance Form
     Request to Enter Appellate Mediation Program (Optional)
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases (Optional)